AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Jonta Eugene Grady<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:25-cr-6 |

RECEIVED
UNITED STATES MARSHALS
JAN 10 2025
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jonta Eugene Grady
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance
Aiding and Abetting

Date:   01/08/2025

/s/ Bre Estrella Solberg Luedtke
*Issuing officer's signature*

City and state:   Fargo, ND

Brianne Estrella Solberg Luedtke, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/9/25, and the person was arrested on *(date)* 2/12/25
at *(city and state)* Rolla, ND

Date: 2/24/25

*Arresting officer's signature*

Elijah Lyman, SA
*Printed name and title*